1014

[No. 46251-6-II. Division Two. September 22, 2015.]

*In the Matter of* PATRICIA L. FORSBERG SPOUSAL TRUST.

Appeal from a judgment of the Superior Court for Clallam County, No. 13-4-00331-7, Erik S. Rohrer, J., entered April 16, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Sutton, J.

[No. 46256-7-II. Division Two. September 22, 2015.]

POTELCO, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-2-01367-5, Jennifer A. Irvine Forbes, J., entered April 21, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Bjorgen, J. Now published at 191 Wn. App. 9.

[No. 46292-3-II. Division Two. September 22, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN SQUIRE AUSTIN, *Appellant*.

